```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| JAMES A. HIGGINS, | : | CIVIL ACTION NO. 06-510 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| HSBC INSURANCE AGENCY, INC., | : |  |
| Defendant. | : |  |

**THE DEFENDANT** moving for summary judgment in its favor (dkt. entry nos. 19 & 20); and the Court now being advised by counsel that the action has been settled by the parties; and thus the Court intending to (1) deny without prejudice the motion for summary judgment, and (2) dismiss the complaint (a) without costs, and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

**Dated:** February 27, 2008